IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AZAEL DYTHIAN PERALES,<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 19-CV-1430 |
| UNITED STATES SECRET SERVICE,<br>*et al.*,<br>    Defendants. | : | |

**ORDER**

AND NOW, this 10th day of April, 2019, upon consideration of Plaintiff Azael Dythian Perales's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** for the reasons set forth in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.

FILED APR 11 2019 KATE BARKMAN, Clerk By_____Dep. Clerk

ENT'D APR 12 2019